# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| DAMEON C. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:08-CV-112-PPS-PRC |
| | ) | |
| CITY OF GARY, INDIANA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court are the Report and Recommendations of Magistrate Judge Paul Cherry entered on October 16, 2009 regarding Plaintiff's motions to impose sanctions against Defendants. [DE 69.] More than ten days have passed and no party has entered an objection to Magistrate Cherry's Report and Recommendations. The Court, having reviewed the Report and Recommendations and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendations [DE 69] in their entirety and incorporates all of their findings and recommendations into this order. Pursuant to Judge Cherry's recommendation, the Court also **WARNS** the Defendants that further failure to comply with this Court's Orders may result in an entry of default.

**SO ORDERED.**

ENTERED: November 3, 2009

                                         s/ Philip P. Simon
                                         PHILIP P. SIMON, JUDGE
                                         UNITED STATES DISTRICT COURT